| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:16-cv-03484 |
|---|---|---|---|
| BOBBY D. FENTRESS, and all other individuals similarly situated, ||||
| *versus* ||||
| EXXON MOBIL CORPORATION, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jacob H. Zamansky<br>Zamansky LLC<br>50 Broadway, 32nd Floor<br>New York, NY 10004<br>(212) 742-1414; jake@zamansky.com<br>New York State Appellate Division, First Dept. Bar No. 1818467<br>U.S. District Court for the Southern District of New York - JZ-1999 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff BOBBY D. FENTRESS, and all other individuals similarly situated |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/30/2016 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: ||
|---|---|
| Dated: | Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____    _____
                                                                United States District Judge