IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOBBY D. FENTRESS, and all other individuals similarly situated, | § § § | |
| Plaintiff, | § § | Case No. 4:16-cv-03484 |
| v. | § § | |
| EXXON MOBIL CORPORATION, SUZANNE McCARRON, and MALCOLM FARRANT, | § § § § | |
| Defendants. | § § | |

## STIPULATION AND PROPOSED ORDER

WHEREAS, by Order entered on December 21, 2016 (the "December 21 Order"), the Court authorized Bobby D. Fentress ("Plaintiff") to serve and file his amended complaint within 30 days of the entry of the December 21 Order (i.e., by January 20, 2017), and for Exxon Mobil Corporation ("ExxonMobil"), Suzanne McCarron and Malcolm Farrant (collectively, the "Individual Defendants," and, with ExxonMobil, "Defendants") to move, answer, or otherwise respond to the amended complaint within 60 days after the amended complaint is filed and served (i.e., by March 21, 2017).  (*See* Dkt. No. 20 at ¶¶ 4-5.);

WHEREAS, if Defendants file a motion to dismiss the amended complaint, the Court further authorized Plaintiff to respond to that motion within 60 days (i.e., by May 22, 2017), and Defendants to reply within 30 days (i.e., by June 21, 2017).  (*See* Dkt. No. 20 at ¶ 5.);

WHEREAS, there have been no previous requests for an extension of the deadlines set forth in the December 21 Order; and

WHEREAS, due to unforeseen difficulties in securing additional class representatives, Plaintiff has requested, and Defendants have agreed, subject to the approval of the Court, to extend the deadlines entered by the Court on December 21, 2016:

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendants, as follows:

1.  Plaintiff shall file and serve an amended complaint no later than February 3, 2017.

2.  Defendants shall move, answer, or otherwise respond to the amended complaint no later than April 4, 2017.

3.  If Defendants file a motion to dismiss the amended complaint, Plaintiff shall respond to that motion no later than June 5, 2017, and Defendants shall file their reply brief(s) no later than July 5, 2017.

Dated: January 16, 2017

**ZAMANSKY LLC**

By: */s/ Samuel E. Bonderoff*
Samuel E. Bonderoff
(admitted *pro hac vice*)
samuel@zamansky.com
Jacob H. Zamansky
(admitted *pro hac vice*)
jacob@zamansky.com
Edward H. Glenn, Jr.
(admitted *pro hac vice*)
eglenn@zamansky.com
50 Broadway, 32nd Floor
New York, New York 10004
(212) 742-1414
Fax: (212) 742-1177

*Counsel for Plaintiff Bobby D. Fentress and Interim Class Counsel*

**SKELTON & WOODY**

> J. Hampton Skelton
> Southern District Bar No. 852
> hskelton@skeltonwoody.com
> 248 Addie Roy Road, Suite B-302
> Austin, Texas 78746
> (512) 651-7000
> Fax: (512) 651-7001

*Local Counsel for Plaintiff Bobby D. Fentress*

Dated: January 16, 2017

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**

By:  */s/ Jonathan H. Hurwitz*
Theodore V. Wells, Jr.
(admitted *pro hac vice*)
twells@paulweiss.com
Daniel J. Kramer
(admitted *pro hac vice*)
dkramer@paulweiss.com
Daniel J. Toal
(admitted *pro hac vice*)
dtoal@paulweiss.com
Gregory F. Laufer
(admitted *pro hac vice*)
glaufer@paulweiss.com
Jonathan H. Hurwitz
(admitted *pro hac vice*)
jhurwitz@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
Fax: (212) 757-3990

*Counsel for Defendants Exxon Mobil Corporation, Suzanne McCarron, and Malcolm Farrant*

Dated: January 16, 2017

**HAYNES & BOONE, LLP**

By: _/s/ Mark Trachtenberg_
Mark Trachtenberg
S.D. No. 24584
State Bar No. 24008169
mark.trachtenberg@haynesboone.com
1221 McKinney, Suite 2100
Houston, TX 77010-2007
(713) 547-2600

-and-

Nina Cortell
(_pro hac vice_ application forthcoming)
State Bar No. 04844500
nina.cortell@haynesboone.com
Daniel H. Gold
(_pro hac vice_ application forthcoming)
State Bar No. 24053230
daniel.gold@haynesboone.com
2323 Victory Avenue, Suite 700
Dallas, TX 75219
(214) 651-5000
Fax: (214) 651-5940

_Counsel for Defendants Exxon Mobil Corporation, Suzanne McCarron, and Malcolm Farrant_

SO ORDERED:

_____          _____
Dated                                 UNITED STATES DISTRICT JUDGE