IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AZMI ATTIA, MARK BARR, KEVIN CONROY, and all other individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, SUZANNE McCARRON, MALCOLM FARRANT, BETH CASTEEL, DANIEL LYONS, and LEN FOX,<br><br>Defendants. | Case No. 4:16-cv-03484<br><br>Honorable Keith P. Ellison |

**DEFENDANTS' MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT**

OF COUNSEL:

Mark Trachtenberg
Texas State Bar No. 24008169
S.D. Tex. Bar No. 24584
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, TX 77010-2007
Telephone: (713) 547-2000
Facsimile: (713) 547-2600

Nina Cortell*
Texas State Bar No. 04844500
Daniel H. Gold*
Texas State Bar No. 24053230
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
**pro hac vice* applications forthcoming

Daniel J. Kramer (*pro hac vice*)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorney-in-Charge for Defendants*

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Jonathan H. Hurwitz (*pro hac vice*)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants*

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, defendants Exxon Mobil Corporation ("ExxonMobil"), Suzanne McCarron, Malcolm Farrant, Beth Casteel, Daniel Lyons, and Len Fox (the "Individual Defendants") respectfully move to dismiss the Amended Complaint ("Complaint") filed by plaintiffs in its entirety and with prejudice on the grounds that:

(1) The Complaint, alleging breach of a fiduciary duty of prudence and loyalty under the Employee Retirement Income Security Act of 1974 ("ERISA") in Count I, does not satisfy the exacting pleading standard set forth by the Supreme Court in *Fifth Third Bancorp* v. *Dudenhoeffer*, 134 S. Ct. 2459 (2014) and *Amgen Inc.* v. *Harris*, 136 S. Ct. 758 (2016), and by the Fifth Circuit in *Whitley* v. *BP, p.l.c.*, 838 F.3d 523 (5th Cir. 2016);

(2) The Complaint does not plausibly allege the existence of material information that ExxonMobil misrepresented or improperly failed to disclose or that the Individual Defendants knew of any nonpublic information about the value of ExxonMobil's assets;

(3) The Complaint, alleging a failure to monitor the Individual Defendants in Count II, does not adequately plead a primary breach by the Individual Defendants or that ExxonMobil was a monitoring fiduciary and thus owed such a duty; and

(4) There is no basis to conclude that the Complaint's deficiencies can be cured, thus warranting dismissal with prejudice.

The grounds for this motion are fully set forth in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, filed concurrently herewith.

Dated: April 4, 2017

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| Mark Trachtenberg | /s/ Daniel J. Kramer |

OF COUNSEL:

Mark Trachtenberg
Texas State Bar No. 24008169
S.D. Tex. Bar No. 24584
HAYNES AND BOONE, LLP
1221 McKinney, Suite 2100
Houston, TX 77010-2007
Telephone: (713) 547-2000
Facsimile: (713) 547-2600
mark.trachtenberg@haynesboone.com

Nina Cortell*
Texas State Bar No. 04844500
Daniel H. Gold*
Texas State Bar No. 24053230
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
nina.cortell@haynesboone.com
daniel.gold@haynesboone.com

**pro hac vice* applications forthcoming

Respectfully submitted,

 /s/ Daniel J. Kramer
Daniel J. Kramer (*pro hac vice*)
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
dkramer@paulweiss.com

*Attorney-in-Charge for Defendants*

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Jonathan H. Hurwitz (*pro hac vice*)
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
dtoal@paulweiss.com
glaufer@paulweiss.com
jhurwitz@paulweiss.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Motion has been served by electronic CM/ECF filing, on this 4th day of April, 2017.

                                                */s/ Daniel J. Kramer*
                                                Daniel J. Kramer