United States District Court
Southern District of Texas
**ENTERED**
February 06, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BOBBY D. FENTRESS, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-3484 |
| § | |
| EXXON MOBIL CORPORATION, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

On behalf of himself and other similarly situated current and former employees of Exxon Mobil Corp., Plaintiff Bobby Fentress filed suit against Defendants Exxon Mobil Corp., Bradley William Corson, Suzanne McCarron, Malcolm Farrant, Neil Chapman, and D.G. Wascom, on November 23, 2016, seeking relief under ERISA. (Doc. No. 1.) The parties have changed over the course of the litigation. Currently, the operative complaint, Plaintiffs' Second Amended Class Complaint, lists the active plaintiffs as Azmi Attia, Mark Barr, and Kevin Conroy ("Plaintiffs"). (Doc. No. 50.) That complaint brings suit under ERISA against Defendants Suzanne McCarron, Malcom Farrant, Beth Casteel, Daniel Lyons, Ken Cohen, and Len Fox ("Defendants"). (Doc. No. 50.)

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons stated in the Court's Memorandum and Order granting Defendants' motion to dismiss (Doc. No. 60), final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 6th day of February, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE